# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **YVONNE BROWN,** ) | |
| ) | |
| Plaintiff, ) | CASE NO: 1:24-cv-0140 |
| ) | |
| ) | Judge Dan Aaron Polster |
| v. ) | |
| ) | **ORDER** |
| **DMD MANAGEMENT, INC.,** ) | |
| ) | |
| Defendants. ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. The zoom status conference scheduled for 9:00am on August 27, 2025, is cancelled. Notice by the Clerk of Courts being hereby waived. The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: August 26, 2025         *s/ Dan Aaron Polster*
                               United States District Judge